UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

OLGA SORENSEN, et al.,

    Plaintiffs,

  v.

TARGET CORPORATION, et al.,

    Defendants.

No. C 12-4025 JCS

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: February 28, 2013
Mediator: Judy Mazia

    IT IS HEREBY ORDERED that the request to excuse defendant Target Corporation's claims person, Linda Clark, from appearing in person at the February 28, 2013, mediation before Judy Mazia is GRANTED. Ms. Clark shall be available at all times to participate telephonically in the mediation.

    IT IS SO ORDERED.

January 28, 2013          By: _____
Dated                                             Maria-Elena James
                                                    United States Magistrate Judge