UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| OLGA SORENSEN, | No. 3:12-CV-04025 JCS |
| Plaintiff, | ORDER RESCHEDULING SETTLEMENT CONFERENCE |
| v. | |
| TARGET CORPORATION, doing business as Target 31122, | |
| Defendant. | |

The settlement conference in this case currently set for July 17, 2013, is HEREBY RESCHEDULED for August 1, 2013, at 10:00 am in Courtroom D, on the fifteenth floor at the Federal Courthouse in San Francisco.

Dated: June 14, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge