**United States District Court**
For the Northern District of California

1
2
3
4
5    UNITED STATES DISTRICT COURT
6    NORTHERN DISTRICT OF CALIFORNIA
7    EUREKA DIVISION
8
9  OLGA SORENSEN,                                    No. 3:12-CV-04025 JCS
10         Plaintiff,                                ORDER RESCHEDULING
                                                     SETTLEMENT CONFERENCE
11    v.
12  TARGET CORPORATION, doing business
    as Target 31122,
13
           Defendant.
14  _____/
15
16   The settlement conference in this case currently set for July 17, 2013, is HEREBY
17  RESCHEDULED for August 1, 2013, at 10:00 am in Courtroom D, on the fifteenth floor at the
18  Federal Courthouse in San Francisco.
19
20  Dated: June 14, 2013
21                                                   _____
                                                     NANDOR J. VADAS
22                                                   United States Magistrate Judge
23
24
25
26
27
28