LAWRENCE S. VIOLA, ESQ.
KAREN A. NERI, ESQ.
VIOLA LAW FIRM
441 First Avenue
P.O. Box 1290
San Mateo, CA 94401-1290
Tel.: 650-343-6400
Fax: 650-342-6854
Attorneys for Plaintiffs
OLGA SORENSEN and JAMES SORENSEN

GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA  94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION erroneously
sued herein as "Target Corporation, dba
Target #1122"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA SORENSEN and JAMES SORENSEN, <br><br> Plaintiff, <br><br> vs. <br><br> TARGET CORPORATION, dba Target #1122 and Does 1-20 <br><br> Defendants. | Case No.:  C12-04025 JCS <br><br> **STIPULATION TO CONDUCT A MEDICAL EXAMINATION OF PLAINTIFF OLGA SORENSEN** <br><br> Complaint Filed:   May 16, 2012 <br><br> [San Mateo County Superior Court Case No.:  CIV513499] |

Pursuant to Federal Rule of Civil Procedure 35, all parties to this action hereby stipulate and agree that Defendant TARGET CORPORATION shall be allowed to conduct a neurologic examination of plaintiff as follows:

-1-
STIPULATION FOR MEDICAL EXAMINATION – US District Court Case No.: C12-04025JCS

1.   The examination will be conducted by Bruce McCormack, M.D., a licensed and board certified neurosurgeon.

2.   The examination will commence at **11:00 a.m. on December 18, 2013 at 2320 Sutter Street, Suite 202, San Francisco 94115.**

3.   Dr. McCormack's examination of plaintiff will include a physical examination and other diagnostic tests that are not painful, protracted or intrusive. No radiographic studies will be undertaken. The examination of plaintiff is to determine plaintiff's medical condition, causation, diagnosis and prognosis as it relates to the facts involved in the incident which gives rise to this lawsuit. The examination may be attended by plaintiff's representative.

4.   Following the examination, defendant will provide plaintiff's counsel with a copy of the report of examination. By receiving this report or by deposing the examiner, plaintiff waives any privilege she may have in this action concerning testimony about all examinations with respect to the same condition, pursuant to Federal Rule of Civil Procedure 35(B)(4). Upon receipt of the Independent Medical Examination report prepared by Dr. McCormack, plaintiff's attorney will provide defense counsel with the identity of all healthcare practitioners who have or will examine plaintiff for the same condition and a copy of any reports which may exist or thereafter are prepared.

DATED:  September 12, 2013                      VIOLA LAW FIRM


                                                By:  __/s/ Karen A. Neri_____
                                                     LAWRENCE S. VIOLA, ESQ.
                                                     KAREN A. NERI, ESQ.
                                                     Attorneys for Plaintiffs
                                                     OLGA SORENSEN and
                                                     JAMES SORENSEN

///

///

-2-
STIPULATION FOR MEDICAL EXAMINATION – US District Court Case No.: C12-04025JCS

1  DATED:   September 17, 2013

2                                                                    BOORNAZIAN, JENSEN & GARTHE
                                                                     A Professional Corporation

4                                                          By: ___/s/ Gail C. Trabish_____
                                                                     GAIL C. TRABISH, ESQ.
5                                                                    Attorneys for Defendant
                                                                     TARGET CORPORATION

9  Dated: 9/18/13

*IT IS SO ORDERED*
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-
STIPULATION FOR MEDICAL EXAMINATION – US District Court Case No.: C12-04025JCS