1  LAWRENCE S. VIOLA, ESQ.
   KAREN A. NERI, ESQ.
2  VIOLA LAW FIRM
   441 First Avenue
3  P.O. Box 1290
   San Mateo, CA 94401-1290
4  Tel.: 650-343-6400
5  Fax: 650-342-6854
   Attorneys for Plaintiffs
6  OLGA SORENSEN and JAMES SORENSEN

7  GAIL C. TRABISH, ESQ. (SBN 103482)
   BOORNAZIAN, JENSEN & GARTHE
8  A Professional Corporation
   555 12th Street, Suite 1800
9  Oakland, CA  94607
   Telephone: (510) 834-4350
10 Facsimile: (510) 839-1897

11 Attorneys for Defendant
   TARGET CORPORATION erroneously
12 sued herein as "Target Corporation, dba
   Target #1122"
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| OLGA SORENSEN and JAMES SORENSEN, | Case No.:  C12-04025 JCS |
| Plaintiff, | **STIPULATION TO CONDUCT A MEDICAL EXAMINATION OF PLAINTIFF OLGA SORENSEN** |
| vs. | |
| TARGET CORPORATION, dba Target #1122 and Does 1-20 | Complaint Filed:   May 16, 2012 |
| Defendants. | [San Mateo County Superior Court Case No.:  CIV513499] |

25      Pursuant to Federal Rule of Civil Procedure 35, all parties to this action hereby stipulate

26 and agree that Defendant TARGET CORPORATION shall be allowed to conduct a neurologic

27 examination of plaintiff as follows:

28

-1-

STIPULATION FOR MEDICAL EXAMINATION – US District Court Case No.: C12-04025JCS

1.     The examination will be conducted by Bruce McCormack, M.D., a licensed and board certified neurosurgeon.

2.     The examination will commence at **11:00 a.m. on December 18, 2013 at 2320 Sutter Street, Suite 202, San Francisco 94115.**

3.     Dr. McCormack's examination of plaintiff will include a physical examination and other diagnostic tests that are not painful, protracted or intrusive. No radiographic studies will be undertaken. The examination of plaintiff is to determine plaintiff's medical condition, causation, diagnosis and prognosis as it relates to the facts involved in the incident which gives rise to this lawsuit. The examination may be attended by plaintiff's representative.

4.     Following the examination, defendant will provide plaintiff's counsel with a copy of the report of examination. By receiving this report or by deposing the examiner, plaintiff waives any privilege she may have in this action concerning testimony about all examinations with respect to the same condition, pursuant to Federal Rule of Civil Procedure 35(B)(4). Upon receipt of the Independent Medical Examination report prepared by Dr. McCormack, plaintiff's attorney will provide defense counsel with the identity of all healthcare practitioners who have or will examine plaintiff for the same condition and a copy of any reports which may exist or thereafter are prepared.

DATED:  September 12, 2013                          VIOLA LAW FIRM

                                                                   By:  __/s/ Karen A. Neri_____
                                                                           LAWRENCE S. VIOLA, ESQ.
                                                                           KAREN A. NERI, ESQ.
                                                                            Attorneys for Plaintiffs
                                                                           OLGA SORENSEN and
                                                                           JAMES SORENSEN

///

///

1  DATED:   September 17, 2013

2                                                                    BOORNAZIAN, JENSEN & GARTHE
                                                                     A Professional Corporation

4                                                                    By:    /s/ Gail C. Trabish
                                                                           GAIL C. TRABISH, ESQ.
5                                                                          Attorneys for Defendant
                                                                           TARGET CORPORATION

9  Dated: 9/18/13

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-3-
STIPULATION FOR MEDICAL EXAMINATION – US District Court Case No.: C12-04025JCS