UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA SORENSEN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TARGET CORPORATION,<br><br>　　　　Defendant. | Case No.  12-cv-04025-JCS<br><br>**ORDER REGARDING ADR**<br><br>Re: Dkt. No. 57 |

On December 10, 2013, the parties submitted a joint letter regarding the parties' intention for further ADR.

IT IS HEREBY ORDERED THAT:

1. The Court will not order any further ADR.

2. The parties may discuss settlement directly or through counsel.

IT IS SO ORDERED.

Dated:  December 11, 2013

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JOSEPH C. SPERO
United States Magistrate Judge