**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Olga Sorensen, et al.,

            Plaintiff(s),

    v.

Target Corporation, et al.,

            Defendant(s).
_____/

No. C12-4025 JSC (JSC)

**ORDER**

**RE: SETTLEMENT CONFERENCE**

      Defendant's request to excuse claims representative to appear by telephone at the Febraury 5, 2014 settlement conference is DENIED.

      IT IS SO ORDERED.

Dated: January 17, 2014

_____
Jacqueline Scott Corley
United States Magistrate Judge